𝔙irginia:
    In the Circuit Court of the City of Richmond, John Marshall Courts Building

| | |
|---|---|
| **AJP EDUCATIONAL FOUNDATION** <br> **d/b/a/ AMERICAN MUSLIMS FOR PALESTINE** <br><br> *Petitioner,* <br><br> v. <br><br> **JASON MIYARES,** <br> **in his official capacity as Attorney General** <br> **of the Commonwealth of Virginia** <br><br> *Respondent.* | **Case No. CL23-5213** |

### ORDER

On July 16, 2024, the parties appeared, by Counsel, for a hearing on the Petitioner's Petition for an Order to Modify or Set Aside the Attorney General's Civil Investigative Demand, and the Respondent's Plea in Bar. Upon mature consideration of the pleadings and oral arguments of the parties, the Court rules as follows, for the reasons stated on the record, which are incorporated herein.

The Respondent's Plea in Bar is **DENIED.**

The Court **FINDS** that the Attorney General was entirely within his statutory authority to initiate a Civil Investigative Demand, because American Muslims for Palestine directly admitted it did not properly file its Initial Registration Statement, in violation of the Virginia Solicitation of Contributions Law (VSOC), Code §§ 57-59 and 57-57(K). This violation provided *per se*

reasonable cause for legitimate concerns as to whether funds were being used for their stated purpose, pursuant to Code §§ 57-59 and 59.1-9-10. Therefore, the Court **FINDS** that the Attorney General acted in good faith and reasonably in accordance with the statutory requirement and has not exceeded its authority. Consequently, the Petition for an Order to Modify or Set Aside the Attorney General's Civil Investigative Demand is **DENIED**.

The Clerk is **DIRECTED** to forward a certified copy of this Order to the parties.

The Court **DISPENSES** with the parties' endorsements pursuant to Rule 1:13.

It is so **ORDERED**.

ENTER: July 30, 2024

Richard B. Campbell, Judge