


# COMMONWEALTH of VIRGINIA

*Office of the Attorney General*

Jason S. Miyares
Attorney General

September 22, 2025

202 North Ninth Street
Richmond, Virginia 23219
804-786-2071
Fax 804-786-1991
Virginia Relay Services
800-828-1120
7-1-1

**VIA HAND DELIVERY**

The Honorable Edward F. Jewett, Clerk
Circuit Court for the City of Richmond
John Marshall Courts Building
400 North Ninth Street
Richmond, Virginia 23219



RECEIVED AND FILED
CIRCUIT COURT
11.10
SEP 2 2 2025
EDWARD F. JEWETT, CLERK
BY _____ D.C.

Re: **Commonwealth of Virginia, *ex rel.* Jason S. Miyares, Attorney General v. AJP Educational Foundation d/b/a American Muslims for Palestine, Circuit Court for the City of Richmond, Case No. CL25-174-DED**

Dear Mr. Jewett:

Please find enclosed for filing in the above-referenced matter an executed Acceptance of Service.

Thank you for your attention to this matter. Please do not hesitate to call me at (804) 786-7364 if you have any questions regarding this filing.

Sincerely,

Mark S. Kubiak
Senior Assistant Attorney General
Consumer Protection Section

Enclosure

cc: Christina Jump, Esquire (via first class and electronic mail) (w/ encl.)
    Bradley P. Marrs, Esquire (via first class and electronic mail) (w/ encl.)

**EXHIBIT C**



VIRGINIA:

IN THE CIRCUIT COURT OF THE CITY OF RICHMOND
John Marshall Courts Building

| | |
|---|---|
| COMMONWEALTH OF VIRGINIA, *EX REL.* JASON S. MIYARES, ATTORNEY GENERAL, <br><br> Petitioner, <br><br> v. <br><br> AJP EDUCATIONAL FOUNDATION d/b/a AMERICAN MUSLIMS FOR PALESTINE, <br><br> Respondent. | ) ) ) ) ) ) ) ) ) ) ) CIVIL ACTION NO. CL25-174-DED ) ) ) ) ) ) |

## ACCEPTANCE OF SERVICE

I, the undersigned Director of, and Registered Agent for, Respondent AJP Educational Foundation d/b/a American Muslims for Palestine ("AMP"), hereby certify and acknowledge that, on behalf of AMP, I have received and accepted service of the Commonwealth's Motion for Rule to Show Cause, and Rule to Show Cause entered by the Court on August 26, 2025, copies of which are attached as Exhibit A.



AJP EDUCATIONAL FOUNDATION
d/b/a AMERICAN MUSLIMS FOR PALESTINE

By: _____
Osama Abu Irshaid
Registered Agent and Director
AJP Educational Foundation d/b/a American Muslims for Palestine


COMMONWEALTH OF VIRGINIA,

Fairfax _____ CITY/COUNTY:

Sworn to and subscribed before me, a notary public in and for the jurisdiction aforesaid, this 17th day of September, 2025.

```
MINH HANG VU
NOTARY PUBLIC
COMMONWEALTH OF VIRGINIA
MY COMMISSION EXPIRES DEC. 31, 2028
COMMISSION # 00275839
```

_____
Notary Public

My Commission expires: 12 / 31 / 2028

EXHIBIT A

RECEIVED AND FILED
CIRCUIT COURT
3:13
AUG - 5 2025
EDWARD F. JEWETT, CLERK
BY_____ D.C.

VIRGINIA:

**IN THE CIRCUIT COURT FOR THE CITY OF RICHMOND**
John Marshall Courts Building

| | |
|---|---|
| COMMONWEALTH OF VIRGINIA,<br>*EX REL.* JASON S. MIYARES,<br>ATTORNEY GENERAL,<br><br>    Petitioner,<br><br>v.<br><br>AJP EDUCATIONAL FOUNDATION<br>d/b/a AMERICAN MUSLIMS FOR PALESTINE,<br><br>    Respondent. | ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) CASE NO. CL25-174-DED<br> ) <br> ) <br> ) <br> ) <br> ) <br> ) |

## COMMONWEALTH'S MOTION FOR RULE TO SHOW CAUSE

The Petitioner, Commonwealth of Virginia, by and through its Attorney General, Jason S. Miyares (the "Commonwealth" or the "Attorney General"), pursuant to Code § 8.01-274.1, moves this Court for a Rule to Show Cause why Respondent, AJP Educational Foundation d/b/a American Muslims for Palestine ("AMP"), should not be held in contempt for violating the Court's June 13, 2025 Order (the "June 13 Order"), which unambiguously required AMP "to fully comply with and respond to the Attorney General's Civil Investigative Demand [("CID")] by producing all remaining responsive documents, and responding to the interrogatories under oath within 14 days of entry of [the] Order." A copy of the June 13 Order is attached as **Exhibit 1**. Despite the deadline having fallen on June 27, 2025, no further response to the CID was submitted by AMP to the Attorney General.

AMP's willful disobedience of the Court's unambiguous order directing it to comply with the Attorney General's CID is yet another link in AMP's nearly two yearslong chain of tactics

employed to forestall compliance with and evade the Attorney General's lawful investigation into AMP's charitable solicitation activities. The Court should accordingly issue a Rule to Show Cause, directing AMP to appear before this Court and show cause why it should not be held in contempt for violation of the Court's June 13 Order. Upon a finding of contempt, the Court should sanction AMP by imposing remedial relief to compel compliance with the June 13 Order, and also order reimbursement of the Attorney General's attorneys' fees and costs. In support thereof, the Attorney General states the following:

1. The Attorney General is investigating AMP's violations of the Virginia Solicitation of Contributions ("VSOC") law, Virginia Code §§ 57-48 to 57-69, including soliciting charitable contributions in the Commonwealth without first having registered with the Commissioner of Agriculture and Consumer Services, as well as other potential violations regarding AMP's use of solicited funds. *See* Pet. to Enforce CID ¶¶ 3–5. As part of that investigation, the Attorney General issued a Civil Investigative Demand to AMP under Code §§ 59.1-9.10 and 57-59(C) on October 27, 2023. *Id.* ¶ 4.

2. Instead of providing complete and substantive responses to the Attorney General's CID as it previously agreed to do, AMP embarked on a meritless and lengthy campaign to evade, delay, and obstruct the Attorney General's lawful investigation. It initiated unsuccessful litigation to challenge the Attorney General's CID and took steps to prevent that litigation from being timely resolved. *See* Pet. to Enforce CID ¶¶ 9-14. On July 30, 2024, this Court entered an order finding that the "Attorney General acted in good faith and reasonably" in issuing the CID, and that he had had "*per se* reasonable cause" to issue the CID based on AMP's admitted violations of statute. Pet. to Enforce CID ¶ 15.

3. After the July 30, 2024 Order was entered by this Court, AMP continued to refuse

to comply with the Attorney General's CID, filing an appeal and twice unsuccessfully seeking stays of compliance with the CID – one denied by this Court, and the other rejected by the Court of Appeals of Virginia. *See* Pet. to Enforce CID ¶¶ 16-17; June 13, 2025 Att'y Gen. Letter to the Court re: Notice of Suppl. Auth.

4. After an April 11, 2025 hearing, this Court granted the Commonwealth's Petition to Enforce its CID, entering an order on June 13, 2025 requiring that AMP "fully comply with and respond to the Attorney General's Civil Investigative Demand by producing all remaining responsive documents, and responding to the interrogatories under oath within 14 days of entry of [the] Order." *See* Exhibit 1. The deadline to comply fell on June 27, 2025. Yet, AMP still has not supplied the Attorney General with any further responses to the CID. On July 3, 2025, the Commonwealth sent a letter to counsel for AMP, via electronic mail and first class mail, notifying AMP that it was in violation of the Court's June 13 Order, that the Commonwealth would seek relief from this Court, and that AMP should alert the Office of the Attorney General if it intended to comply with the Court's order by responding to the CID. A copy of the July 3, 2025 letter is attached as **Exhibit 2**. The Commonwealth has not received any response to its correspondence.

5. Though the June 13 Order gave AMP fourteen days to supply the Attorney General with its CID responses, AMP was on notice of the Court's directive for five weeks before that. The Court's decision was originally announced to the parties via a letter opinion dated May 9, 2025. A substantial portion of the five-week gap between issuance of the May 9, 2025 opinion and entry of the June 13 Order was caused by AMP's counsel's repeated refusal to endorse the sketch order presented to him by the Attorney General and a promptly denied Motion to Reconsider as documented in the Attorney General's letters to the Court dated May 20, 2025 and May 28, 2025, and the Court's Order denying AMP's Motion to Reconsider dated May 22, 2025.

6. AMP's responses to the nearly two-year-old CID to date have been scant. Pet. to Enforce CID ¶¶ 19-24. AMP has not provided anything in response to twenty-seven (out of thirty-one in total) requests for production and AMP failed to provide answers to six of the Attorney General's twelve interrogatories. Pet. to Enforce CID at ¶ 20. Moreover, AMP's limited responses to the Attorney General's requests for production have been facially deficient and the limited interrogatory answers it has supplied were not submitted under oath as required by Code § 59.1-9.10(A) and (B). Pet. to Enforce CID ¶¶ 21-24.

7. AMP continues its yearslong campaign of delaying and obstructing the Attorney General's lawful investigation into its charitable solicitation practices, this time by outright disobeying a direct and unambiguous order from this Court to comply. The Court should issue a Rule to Show Cause and require AMP to appear and show cause why it should not be held in contempt for violating the June 13, 2025 Order.

WHEREFORE, the Commonwealth moves for a Rule to Show Cause why AMP should not be held in contempt of this Court's Order of June 13, 2025, for failing to provide all remaining responsive documents, and failing to respond to all of the interrogatories under oath by the June 27, 2025 deadline. Upon a finding of contempt, this Court should sanction AMP and order remedial relief to coerce compliance with its Order, and order reimbursement of the Attorney General's attorneys' fees and costs.

**COMMONWEALTH OF VIRGINIA,**
***EX REL.* JASON S. MIYARES,**
**ATTORNEY GENERAL**

By: _Chandler P. Crenshaw_
Chandler P. Crenshaw

Jason S. Miyares
*Attorney General*

Steven G. Popps
*Chief Deputy Attorney General*

Thomas J. Sanford (VSB No. 95965)
*Deputy Attorney General*

Richard S. Schweiker, Jr. (VSB No. 34258)
*Chief and Senior Assistant Attorney General*

Mark S. Kubiak (VSB No. 73119)
*Senior Assistant Attorney General*

Chandler Payne Crenshaw (VSB No. 93452)
*Assistant Attorney General*

Office of the Attorney General
202 North Ninth Street
Richmond, Virginia 23219
Phone: (804) 786-7364
Fax: (804) 786-0122
tsanford@oag.state.va.us
rschweiker@oag.state.va.us
mkubiak@oag.state.va.us
ccrenshaw@oag.state.va.us

## VERIFICATION

Pursuant to Code § 8.01-4.3, I declare under penalty of perjury that the foregoing is true and correct.

By: *Chandler P. Crenshaw* (signature)
Chandler P. Crenshaw

## CERTIFICATE OF SERVICE

I hereby certify that on August 5, 2025, a copy of the foregoing pleading was sent by U.S. mail to:

>Bradley P. Marrs, Esquire
>Marrs & Henry
>7202 Glen Forest Drive, Suite 307
>Richmond, VA 23226
>
>Christina A. Jump, Esquire, *pro hac vice*
>Constitutional Law Center for Muslims in America
>100 North Central Expressway, Suite 1010
>Richardson, Texas 75080

_____
Chandler P. Crenshaw

Exhibit 1

VIRGINIA:

IN THE CIRCUIT COURT OF THE CITY OF RICHMOND
John Marshall Courts Building

| | |
|---|---|
| COMMONWEALTH OF VIRGINIA, *EX REL.* JASON S. MIYARES, ATTORNEY GENERAL, <br><br> Petitioner, <br><br> v. <br><br> AJP EDUCATIONAL FOUNDATION d/b/a AMERICAN MUSLIMS FOR PALESTINE, <br><br> Respondent. | ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) CIVIL ACTION NO. CL25-174-DED <br> ) <br> ) <br> ) <br> ) |

## ORDER

On April 11, 2025, the Parties, by counsel, appeared before the Court. This matter was before the Court on the Commonwealth of Virginia *ex rel.* Jason S. Miyares, Attorney General's (the "Commonwealth") Petition to Enforce Civil Investigative Demand (the "Petition") and AJP Educational Foundation d/b/a American Muslims for Palestine's (the "Respondent") Plea in Bar thereto. Upon consideration of the Commonwealth's Petition, the Plea in Bar, the Commonwealth's Opposition thereto, and the oral arguments of the parties, and for the reasons stated on the record and in the Court's opinion letter dated May 9, 2025, which is expressly incorporated herein, it is hereby **ORDERED, ADJUDGED AND DECREED** that:

(1) The stay provision in Va. Code § 59.1-9.10 is lifted once a matter regarding a petition to modify or set aside a civil investigative demand is finalized in the Circuit Court of the City of Richmond;

(2) Respondent's Plea in Bar is **DENIED**;

(3) The Commonwealth's Petition is **GRANTED**;

(4) This Court hereby **ORDERS** Respondent to fully comply with and respond to the Attorney General's Civil Investigative Demand by producing all remaining responsive documents, and responding to the interrogatories under oath within 14 days of entry of this Order; and

(5) The Clerk is hereby **DIRECTED** to send a certified copy of this Order to the parties at the addresses appearing with their endorsements below.

Enter: 6/13/25

_____
Judge, Circuit Court of the City of Richmond

**SEEN AND AGREED:**

COMMONWEALTH OF VIRGINIA,
EX REL. JASON S. MIYARES,
ATTORNEY GENERAL

By: ___T. S/tw___
Thomas J. Sanford (VSB No. 95965)
Deputy Attorney General
Mark S. Kubiak (VSB No. 73119)
Senior Assistant Attorney General
Office of the Attorney General
202 North 9th Street
Richmond, Virginia 23219
Phone: (804) 786-7364
Fax: (804) 786-0122
E-mail: mkubiak@oag.state.va.us

*Counsel for Commonwealth of Virginia, ex rel. Attorney General Jason S. Miyares, Attorney General*

SEEN AND OBJECTED TO:

AJP EDUCATIONAL FOUNDATION d/b/a AMERICAN MUSLIMS FOR PALESTINE

By: _____  *waived per Rule 1:13*
Bradley P. Marrs (VSB No. 25281)
Marrs & Henry
7202 Glen Forest Drive, Suite 307
Richmond, VA 23226
Tel. (804) 662-5716
Fax. (804) 662-5712
Email: bmarrs@marrs-henry.com

Christina A. Jump, *admitted pro hac vice*
Constitutional Law Center for Muslims in America*
100 North Central Expressway, Suite 1010
Richardson, TX 75080
Tel. (972) 914-2507
Fax. (972) 692-7454
Email cjump@clcma.org
*the Constitutional Law Center for Muslims in America is the legal division of the Muslim Legal Fund of America*

*Counsel for AJP Educational Foundation d/b/a American Muslims for Palestine*

3

Exhibit 2



# COMMONWEALTH of VIRGINIA

*Office of the Attorney General*

Jason S. Miyares
Attorney General

202 North Ninth Street
Richmond, Virginia 23219
804-786-2071
Fax 804-786-1991
Virginia Relay Services
800-828-1120
7-1-1

July 3, 2025

### VIA FIRST CLASS AND ELECTRONIC MAIL

Christina Jump, Esquire
Constitutional Law Center for Muslims in America
100 North Central Expressway, Suite 1010
Richardson, Texas 75080

Bradley P. Marrs, Esquire
7202 Glen Forest Drive, Suite 307
Richmond, Virginia 23226

Re: **Commonwealth of Virginia, *ex rel.* Jason S. Miyares, Attorney General v. AJP Educational Foundation d/b/a American Muslims for Palestine ("AMP"), Circuit Court for the City of Richmond, Case No. CL25-174-DED**

Dear Counsel:

As you are aware, the order entered by the Court in the above-captioned matter on June 13, 2025, unambiguously ordered your client to fully comply with and respond to the Attorney General's Civil Investigative Demand ("CID") by producing all remaining documents and responding to the interrogatories under oath **by no later than fourteen days from entry of that order**. That deadline fell on June 27, 2025. And your client has been on notice that the Court would order it to comply with the CID since the Court issued its letter opinion of May 9, 2025. Yet, to date, the Office of the Attorney General has inexplicably received no further response from your client. This is a plain violation of the Court's order.

Please be advised that this Office will move forward with an appropriate filing to have your client held in contempt and sanctioned for its continuing violation of the June 13 order. If your client intends to fully respond to the CID, as directly ordered by the Court, please let me know that as soon as possible. I can be reached at (804) 786-7364 or mkubiak@oag.state.va.us.

Christina Jump, Esquire
Bradley P. Marrs, Esquire
July 3, 2025
Page 2

Sincerely,

Mark S. Kubiak
Senior Assistant Attorney General
Consumer Protection Section

VIRGINIA:

## IN THE CIRCUIT COURT OF THE CITY OF RICHMOND
### John Marshall Courts Building

| | |
|---|---|
| COMMONWEALTH OF VIRGINIA,<br>*EX REL.* JASON S. MIYARES,<br>ATTORNEY GENERAL,<br><br>Petitioner,<br><br>v.<br><br>AJP EDUCATIONAL FOUNDATION<br>d/b/a AMERICAN MUSLIMS FOR PALESTINE,<br><br>Respondent. | ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) CIVIL ACTION NO. CL25-<br> ) 174-DED <br> ) <br> ) <br> ) <br> ) |

## RULE TO SHOW CAUSE

This day came the Petitioner, Commonwealth of Virginia, *ex rel.* Jason S. Miyares, Attorney General (the "Commonwealth"), by counsel, and asked this Court to grant its Motion for a Rule to Show Cause why Respondent AJP Educational Foundation d/b/a American Muslims for Palestine ("AMP") should not be held in contempt for violating the Court's Order entered June 13, 2025.

Upon consideration of the Commonwealth's Motion and for good cause shown,

**IT IS HEREBY ORDERED, ADJUDGED, AND DECREED THAT:**

(1) The Commonwealth's request for the issuance of a Rule to Show Cause to AMP is **GRANTED**;

(2) AMP is **ORDERED** to appear before this Court on September 29, 2025 at 9:00 am to show cause why it should not be held in contempt for violating the Court's Order entered on June 13, 2025; and

(3) AMP is further ORDERED to show cause why it should not be sanctioned pursuant to a finding of contempt by this Court, with sanctions to include, but not be limited to, the Commonwealth's costs and attorneys' fees.

Enter: 8/26/25

_____
Judge, Circuit Court of the City of Richmond

**WE ASK FOR THIS:**

COMMONWEALTH OF VIRGINIA,
EX REL. JASON S. MIYARES,
ATTORNEY GENERAL

By: _____
Thomas J. Sanford (VSB No. 95965)
Deputy Attorney General
Richard S. Schweiker, Jr. (VSB No. 34258)
Mark S. Kubiak (VSB No. 73119)
Senior Assistant Attorneys General
Chandler P. Crenshaw (VSB No. 93452)
Assistant Attorney General
Office of the Attorney General
202 North 9th Street
Richmond, Virginia 23219
Phone: (804) 786-7364
Fax: (804) 786-0122
E-mail: ccrenshaw@oag.state.va.us

*Counsel for Commonwealth of Virginia, ex rel. Attorney General Jason S. Miyares, Attorney General*

2