<u>IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA</u>

**ALEXANDRIA DIVISION**

| | |
|---|---|
| AJP EDUCATIONAL FOUNDATION, INC. d/b/a AMERICAN MUSLIMS FOR PALESTINE, <br><br> *Plaintiff*, <br><br> vs. <br><br> **JASON S. MIYARES**, <br><br> *Defendant*. | CASE No.: 1:25-cv-01617-LMB-IDD |

**<u>PLAINTIFF'S EMERGENCY MOTION
FOR A TEMPORARY RESTRAINING ORDER AND PRELIMINARY INJUNCTION</u>**

Pursuant to Fed. R. Civ. P. 65, Plaintiff AJP Educational Foundation, Inc. d/b/a American Muslims for Palestine ("AMP") respectfully moves this Court for a temporary restraining order and preliminary injunction for the reasons set forth in the accompanying Memorandum in Support filed herewith.

AMP requests a hearing for this matter and submits a notice of hearing.

Respectfully submitted this 1st day of October, 2025.

        MAHDAVI, BACON, HALFHILL, & YOUNG, PLLC

        <u>*/s/ James T. Bacon, Esq.*</u>
        James T. Bacon, Esq. (VSB# 22146)
        11350 Random Hills Road, Suite 700
        Fairfax, VA 22030
        703-352-1300
        703-352-1301 (Fax)
        jbacon@mbhylaw.com

        Constitutional Law Center for Muslims in America*

1

        Christina A. Jump (*pro hac vice*)
        Samira S. Elhosary (*pro hac vice*)
        100 N. Central Expy. Suite 1010
        Richardson, Texas 75080
        Tel: (972) 914-2507; Fax (972) 692-7454
        cjump@clcma.org
        selhosary@clcma.org
        *\*The Constitutional Law Center for Muslims in America is the legal division of the Muslim Legal Fund of America*

## CERTIFICATE OF SERVICE

I certify that on October 1, 2025, I served the Complaint in this matter and this Motion via email to mkubiak@oag.state.va.us (Mark S. Kubiak, Esq.), and hand delivery via courier to

Jason S. Miyares, Esq.
Attorney General of Virginia
Office of the Attorney General
202 North Ninth Street
Richmond, VA 23219

        MAHDAVI, BACON, HALFHILL, & YOUNG, PLLC

        */s/ James T. Bacon, Esq.*
        James T. Bacon, Esq. (VSB# 22146)
        11350 Random Hills Road, Suite 700
        Fairfax, VA 22030
        703-352-1300
        703-352-1301 (Fax)
        jbacon@mbhylaw.com