**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF VIRGINIA**

**ALEXANDRIA DIVISION**

| | |
|---|---|
| **AJP EDUCATIONAL FOUNDATION, INC. d/b/a AMERICAN MUSLIMS FOR PALESTINE**,<br><br>*Plaintiff*,<br><br>vs.<br><br>**JASON S. MIYARES**,<br><br>*Defendant*. | CASE No.: 1:25-cv-01617-LMB-IDD |

**[PROPOSED] ORDER**

THIS CAUSE CAME on Plaintiff AJP Educational Foundation, Inc. d/b/a American Muslims for Palestine's ("AMP") Motion for Temporary Restraining Order and Preliminary Injunction pursuant to Fed. R. Civ. P. 65; and

IT APPEARING TO THE COURT based on the written pleadings, exhibits, and oral argument that the motion should be GRANTED; it is therefore

ORDERED that Plaintiff AMP's Motion for a Temporary Restraining Order is GRANTED and Defendant, having notice of this Order, is RESTRAINED from enforcing its October 27, 2023 Civil Investigative Demand against Plaintiff.

ENTERED this _____ day of _____, 2025.

_____

The Honorable Leonie M. Brinkema
United States District Judge