# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF VIRGINIA

## ALEXANDRIA DIVISION

| | |
|---|---|
| AJP EDUCATIONAL FOUNDATION, INC. d/b/a AMERICAN MUSLIMS FOR PALESTINE,<br><br>*Plaintiff*,<br><br>vs.<br><br>**JASON S. MIYARES**,<br><br>*Defendant*. | CASE No.: 1:25-cv-01617-LMB-IDD |

## NOTICE OF HEARING

PLEASE TAKE NOTICE that on Friday, October 3, 2025, at 10:00 a.m., or as soon thereafter as the undersigned may be heard, Plaintiff AJP Educational Foundation, d/b/a American Muslims for Palestine will present to this Court its Motion for Temporary Restraining Order and Preliminary Injunction pursuant to Fed. R. Civ. P. 65.

Respectfully submitted this 1st day of October, 2025.

    MAHDAVI, BACON, HALFHILL, & YOUNG, PLLC

    */s/ James T. Bacon, Esq.*
    James T. Bacon, Esq. (VSB# 22146)
    11350 Random Hills Road, Suite 700
    Fairfax, VA 22030
    703-352-1300
    703-352-1301 (Fax)
    jbacon@mbhylaw.com


    Constitutional Law Center for Muslims in America*

    Christina A. Jump (*pro hac vice*)
    Samira S. Elhosary (*pro hac vice*)
    100 N. Central Expy. Suite 1010

Richardson, Texas 75080
Tel: (972) 914-2507; Fax (972) 692-7454
cjump@clcma.org
selhosary@clcma.org
*The Constitutional Law Center for Muslims in America
is the legal division of the Muslim Legal Fund of America*

## CERTIFICATE OF SERVICE

I certify that on October 1, 2025, I served this Notice via email to

mkubiak@oag.state.va.us (Mark S. Kubiak, Esq.), and hand delivery via courier to

Jason S. Miyares, Esq.
Attorney General of Virginia
Office of the Attorney General
202 North Ninth Street
Richmond, VA 23219

MAHDAVI, BACON, HALFHILL, & YOUNG, PLLC

*/s/ James T. Bacon, Esq.*
James T. Bacon, Esq. (VSB# 22146)
11350 Random Hills Road, Suite 700
Fairfax, VA 22030
703-352-1300
703-352-1301 (Fax)
jbacon@mbhylaw.com

2