**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF VIRGINIA**

**ALEXANDRIA DIVISION**

| | |
|---|---|
| **AJP EDUCATIONAL FOUNDATION, INC. d/b/a AMERICAN MUSLIMS FOR PALESTINE**, <br><br> *Plaintiff*, <br><br> vs. <br><br> **JASON S. MIYARES**, <br><br> *Defendant*. | CASE No.: 1:25-cv-01617-LMB-IDD |

**DECLARATION OF DR. OSAMA ABUIRSHAID.**

I, Osama Abuirshaid, hereby declare under penalty of perjury under the laws of the United States and in accordance with 28 U.S.C. § 1746 the following:

1. I am over 18 and of sound mind.

2. I make this Declaration based on my own personal knowledge.

3. I am the Executive Director of AJP Educational Foundation, Inc. d/b/a American Muslims for Palestine ("AMP"). I have served in that role since January 2019 and previously served as AMP's National Policy Director. As part of my role, I also sit on AMP's Board of Directors.

4. In my role as Executive Director, I am familiar with the daily operations of the organization, and manage staff and volunteers.

5. I also travel frequently all over the United States to give speeches and raise funds on behalf of AMP, meeting with donors and partners who support AMP's work.

6. I am familiar with the legal actions in which AMP is involved, and work closely with AMP's attorneys.

1

7.  In the past couple of years, AMP has experienced public targeting by multiple groups and individuals, including targeting of myself in particular, in attempts to wrongly link AMP to terrorism. For example, in May 2024 alone, AMP became the target of three separate lawsuits accusing it of being responsible for the events of October 7, 2023. Fortunately, two of those three have since been dismissed in AMP's favor by the Eastern District of Virginia and the District of Nevada, and we expect the same outcome in the remaining one.[1]

8.  The Attorney General of Virginia's investigation and his wrongful, public linking of AMP to terrorism contributes to this narrative in the media and in public.

9.  In the last few years, AMP has experienced a periodic dip in donations that we have not experienced before. These dips correlate to publicity and accusations like those made by Attorney General Miyares in his late October 2023 press conference making unsupported accusations against AMP.

10. Community members have told me directly that this decline results from their fear of disclosure of their personal information due to donating to AMP, based on news reports presuming this information will be made available to other state and federal government actors, were it produced to Attorney General Miyares.

11. These individuals have directed me towards news articles and social media posts that assume AMP's records may be made public or at least available for review by government actors besides Virginia's Attorney General's office. They expressed concerns about that

---

[1] Memorandum Opinion and Order, *Parizer et al. v. AJP Educational Foundation et al.*, No. 1:24-cv-00724-RDA-IDD (E.D. Va. Aug. 15, 2025), ECF No. 161; Order Granting Defendants AJP Educational Foundation and SJP-UNLV's Motions to Dismiss, *Gerwaski v. Nevada et al.*, No. 1:24-cv-00985-APG-MDC (D. Nev. May 5, 2025), ECF No. 71.

happening and whether they will become targeted like they've seen happen to me and others.

12. Multiple prior volunteers at our events also expressed their fears that they will be targeted for having previously volunteered with AMP, or if they do so in the future, because of the disclosure of their personal information.

13. Organizations that have previously collaborated on or sponsored AMP events have expressed fears of being targeted for being affiliated with AMP.

14. This fear, and the chilling effect it creates, severely hamper AMP's ability to carry out its mission of educating the American public about Palestine and its rich history and culture.

15. We continue to defend ourselves in court and in public, and have successfully defeated three lawsuits in the last year alone. But every time someone accuses AMP of things it has not done and that no court has found that anyone proved, we suffer from these unfounded accusations. This becomes very exhausting, frustrating, and discouraging.

16. Despite these unproved obstacles, we continue to do our intended work to fulfill our mission. We do our work in the United States, with donations from the United States, and that we spend to support events solely within the United States.

17. We informed the Attorney General of Virginia of this in our original sworn set of responses timely provided in December 2023.

18. I also personally attest to this each year as we have maintained our filing of Form 102 with the Virginia Department of Agriculture and Consumer Services. This form requires that we attest "that no funds have been or will knowingly be used, directly or indirectly, to benefit… terrorists…" I have attested to this since our first filing of that form in November

3

2023 and for each subsequent year, as well as for the retroactive forms we filed for the years 2016-2022.[2]

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Dr. Osama Abuirshaid, Declarant

10/02/2025

Date Executed

---

[2] The full attestation is as follows: "We affirm and attest that no funds have been or will knowingly be used, directly or indirectly, to benefit or provide support, in cash or in kind, to terrorists, terrorist organizations, terrorist activities, or the family members of any terrorist. We understand that no person shall be registered by the Commonwealth or by any locality to solicit funds that are intended to benefit or support a family member of any terrorist."