IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF VIRGINIA
Alexandria Division

| | |
|---|---|
| AJP EDUCATIONAL FOUNDATION INC. d/b/a AMERICAN MUSLIMS FOR PALESTINE,<br><br>  Plaintiff,<br><br>v.<br><br>JASON S. MIYARES, in his official capacity as Attorney General of the Commonwealth of Virginia,<br><br>  Defendant. | 1:25-cv-1617 (LMB/IDD) |

ORDER

For the reasons stated in open court and for the reasons to follow in a Memorandum Opinion, plaintiff's Emergency Motion for Temporary Restraining Order [Dkt. No. 9] be and is GRANTED, and it is hereby

ORDERED that execution of the Richmond City Circuit Court order entered on September 29, 2025, which imposed sanctions on plaintiff, be and is STAYED until the dispute between the parties has been fully adjudicated through the Virginia state court system; and it is further

ORDERED that defendant be and is ENJOINED from further enforcing the CID at issue to the extent that it would require the disclosure of information protected by the First Amendment to the U.S. Constitution until the dispute between the parties has been fully adjudicated through the Virginia state court system; and it is further

ORDERED that plaintiff post a $8,000 bond by 5:00 PM on Friday, October 3, 2025.

The Clerk is directed to forward a copy of this Order to counsel of record.

Entered this 3rd day of October, 2025.

Alexandria, Virginia

/s/ *Leonie M. Brinkema*
Leonie M. Brinkema
United States District Judge