IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Alexandria Division

| | |
|---|---|
| AJP Educational Foundation d/b/a American Muslims for Palestine, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>Jason S. Miyares, in his official capacity as )<br>Attorney General of Virginia, )<br>)<br>Defendant. ) | Case No. 1:25-cv-01617-LMB-IDD |

**DEFENDANT'S MOTION FOR CLARIFICATION IN PART AND MOTION FOR RECONSIDERATION IN PART OF THE ORDER GRANTING PLAINTIFF'S EMERGENCY MOTION FOR TEMPORARY RESTRAINING ORDER**

Defendant Jason S. Miyares, in his official capacity as Attorney General of Virginia, moves this Court to clarify and reconsider certain portions of its order granting Plaintiff's Emergency Motion for Temporary Restraining Order (ECF No. 19) for the reasons stated in Defendant's supporting memorandum.

WHEREFORE, Defendant Jason S. Miyares, in his official capacity as Attorney General of Virginia, respectfully requests that the Court clarify and reconsider its October 3, 2025 Order as set forth in Defendant's supporting memorandum.

Dated: October 22, 2025

Respectfully submitted,

**JASON S. MIYARES, in his official capacity as Attorney General of Virginia**

By Counsel:  /s/ Christopher P. Bernhardt
Christopher P. Bernhardt* (VSB No. 80133)
Senior Assistant Attorney General
Mark S. Kubiak* (VSB No. 73119)*
Senior Assistant Attorney General
Office of the Virginia Attorney General
202 North 9th Street
Richmond, Virginia 23219
Telephone: (804) 371-0977 (CPB)
Facsimile:  (804) 371-2087
Email: cbernhardt@oag.state.va.us
           mkubiak@oag.state.va.us
*Counsel of Record for Defendant*

Jason S. Miyares
Attorney General of Virginia

Thomas J. Sanford
Deputy Attorney General

# CERTIFICATE

I hereby certify that on October 22, 2025, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send a copy to all counsel of record.

/s/ Christopher P. Bernhardt
Christopher P. Bernhardt (VSB No. 80133)
Senior Assistant Attorney General