IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Alexandria Division

| | |
|---|---|
| AJP Educational Foundation d/b/a American Muslims for Palestine, <br><br> Plaintiff, <br><br> v. <br><br> Jason S. Miyares, in his official capacity as Attorney General of Virginia, <br><br> Defendant. | ) ) ) ) ) ) ) ) ) ) ) ) ) Case No. 1:25-cv-01617-LMB-IDD |

## NOTICE OF SUBSEQUENT DEVELOPMENT

Counsel for Defendant hereby provides notice to the Court that on December 9, 2025, the Court of Appeals of Virginia issued an order in *AJP Educational Foundation, d/b/a/ American Muslims for Palestine v. Jason S. Miyares, in his official capacity as the Attorney General of the Commonwealth of Virginia*, Record No. 1420-24-2. A copy of this order is filed as an exhibit to this Notice. This appeal arose from AJP Educational Foundation, d/b/a/ American Muslims for Palestine's appeal of the Richmond City Circuit Court's denial of its Petition for an Order to Modify or Set Aside Attorney General's Civil Investigative Demand in Circuit Court Case Number CL23-5213.

For the reasons set out in its order, the Court of Appeals of Virginia did not disturb the judgment of the Circuit Court of the City of Richmond.

Dated: December 12, 2025

Respectfully submitted,

**JASON S. MIYARES, in his official capacity as Attorney General of Virginia**

By Counsel:  /s/ Christopher P. Bernhardt
Christopher P. Bernhardt* (VSB No. 80133)
Mark S. Kubiak* (VSB No. 73119)
Senior Assistant Attorneys General
Office of the Virginia Attorney General
202 North 9th Street
Richmond, Virginia 23219
Telephone: (804) 371-0977 (CPB)
Facsimile:  (804) 371-2087
Email: cbernhardt@oag.state.va.us
            mkubiak@oag.state.va.us
*Counsel of Record for Defendant*

Jason S. Miyares
Attorney General of Virginia

Thomas J. Sanford
Deputy Attorney General

# CERTIFICATE

I hereby certify that on December 12, 2025, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send a copy to all counsel of record.

/s/ Christopher P. Bernhardt
Christopher P. Bernhardt (VSB No. 80133)
Senior Assistant Attorney General