IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Alexandria Division

| | |
|---|---|
| AJP Educational Foundation d/b/a American Muslims for Palestine, )<br><br>Plaintiff, )<br><br>v. )<br><br>Jay Jones,[1] in his official capacity as Attorney General of Virginia, )<br><br>Defendant. ) | Case No. 1:25-cv-01617-LMB-IDD |

## JOINT STATUS REPORT

Pursuant to this Court's Order of December 19, 2025 (ECF No. 47), counsel for the parties provide this Joint Status Report regarding the status of the responses of AJP Educational Foundation d/b/a American Muslims for Palestine ("AMP") to the Attorney General's Civil Investigative Demand ("CID") requests. The CID can be found at ECF No. 15-1 at 34–52.

Following the hearing on December 5, 2025, the parties, through their counsel, have met twice, and corresponded between those meetings, to identify and discuss the outstanding CID requests and opportunities to resolve or narrow the outstanding CID requests. The parties have prepared a CID Compliance Chart, which is filed with this Report, that sets out in more detail the portions of the CID that still have not been resolved and the parties' positions on these outstanding requests. Below, the parties provide a high-level summary of the status of AMP's responses to the CID.

---

[1] Jay Jones was sworn in as the Attorney General of Virginia on January 17, 2026. Pursuant to Federal Rule of Civil Procedure 25(d), Jay Jones, in his official capacity as the Attorney General of Virginia, is automatically substituted as the defendant in this action.

Summary

The parties report that they have reached resolution on  seven out of twelve interrogatories in the Attorney General's CID (Nos. 1, 2, 3, 4, 5, 6, and 12), and an additional three interrogatories (Nos. 8, 10, and 11) pending formal supplement. Two interrogatories (Nos. 7 and 9) remain outstanding.

The parties further report that they have reached resolution on seven out of thirty-one Requests for Production (Requests for Production Nos. 1, 2, 3, 13, 14, 15, and 31), and an additional three Requests for Production (Nos. 11, 18, and 20) pending formal supplement. In addition, the Attorney General has agreed to withdraw five Requests for Production (Nos. 10, 12, 26, 27, and 28), provided that the remaining outstanding Requests prioritized by the Attorney General are resolved.  Sixteen Requests for Production (Nos. 4, 5, 6, 7, 8, 9, 16, 17, 19, 21, 22, 23, 24, 25, 29, and 30) remain outstanding.

*        *        *

The parties believe they will be able to resolve some of the outstanding requests and plan to hold further discussions with that goal. The parties refer the Court to the CID Compliance Chart for details regarding the portions of the CID that have not been completely resolved, including the parties' positions on the outstanding requests. The parties are prepared to provide the Court with additional information at the Court's request.

Respectfully submitted this 30th day of January, 2026.

AJP EDUCATIONAL FOUNDATION, INC.
d/b/a AMERICAN MUSLIMS FOR
PALESTINE

/s/ Christina A. Jump
Christina A. Jump (pro hac vice)
Jump Start Legal Justice Center
100 N. Central Expy., Suite 537
Richardson, Texas 75080
Tel: (972) 992-5060
cjump@jump-start-legal.com

Samira S. Elhosary (pro hac vice)
Christina A. Boyd (pro hac vice)
Constitutional Law Center for Muslims in
America*
100 N. Central Expy., Suite 1010
Richardson, Texas 75080
Tel: (972) 914-2507
Fax (972) 692-7454
Selhosary@clcma.org
Ali.boyd@mlfa.org

*Constitutional Law Center for Muslims in
America is the legal division of the Muslim
Legal Fund of America

James T. Bacon, Esq. (VSB# 22146)
MAHDAVI, BACON, HALFHILL, &
YOUNG, PLLC
11350 Random Hills Road, Suite 700
Fairfax, Virginia 22030
703-352-1300
703-352-1301 (Fax)
jbacon@mbhylaw.com

*Counsel for Plaintiff*

JAY JONES, IN HIS OFFICIAL CAPACITY
AS ATTORNEY GENERAL OF VIRGINIA

/s/ Christopher P. Bernhardt
Christopher P. Bernhardt* (VSB No. 80133)
Mark S. Kubiak* (VSB No. 73119)
Senior Assistant Attorneys General
Office of the Virginia Attorney General
202 North 9th Street
Richmond, Virginia 23219
Telephone: (804) 371-0977 (CPB)
Facsimile:  (804) 371-2087
Email: cbernhardt@oag.state.va.us
          mkubiak@oag.state.va.us

*Counsel for Defendant*

**CERTIFICATE**

I hereby certify that on January 29, 2026, I electronically filed the foregoing with the Clerk

of the Court using the CM/ECF system, which will send a copy to all counsel of record.

/s/ Christopher P. Bernhardt
Christopher P. Bernhardt (VSB No. 80133)
Senior Assistant Attorney General
*Counsel for Defendant*