**UNITED STATES COURT OF APPEALS**
**FOR THE FOURTH CIRCUIT**
LEWIS F. POWELL, JR. UNITED STATES COURTHOUSE ANNEX
1100 EAST MAIN STREET, SUITE 501
RICHMOND, VIRGINIA 23219-3517
WWW.CA4.USCOURTS.GOV

NWAMAKA ANOWI                                                          TELEPHONE
CLERK                                                              (804) 916-2700

February 5, 2026

Fernando Galindo, Clerk
United States District Court
Eastern District of Virginia
401 Courthouse Square
Alexandria, VA 22314

   Re: **AJP Educational Foundation, Inc., etc. v. Jason S. Miyares, etc.**
     1:25-cv-01617-LMB-IDD

Dear Clerk:

By letters dated November 4, 2025, December 4, 2025, and January 5, 2026, notice was sent to your court indicating that an appeal had been received by this office but would not be docketed until action by the district court.

Please continue to update this court as to the status of this case, as necessary.

Thank you for your assistance.

     Yours truly,

     */s/ Ashley Brownlee*