IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF VIRGINIA
Alexandria Division

| | | |
|---|---|---|
| AJP EDUCATIONAL FOUNDATION INC.<br>d/b/a AMERICAN MUSLIMS FOR<br>PALESTINE,<br><br>Plaintiff,<br><br>v.<br><br>JAY JONES, in his official capacity as Attorney<br>General of Virginia,<br><br>Defendant. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | 1:25-cv-1617 (LMB/IDD) |

## ORDER

Upon review of the parties' Joint Status Report, [Dkt. No. 56], the Court commends the parties for resolving the civil investigative demand. Because the parties have indicated that they "plan to hold further discussions" in June 2026 "with the goal of resolving presently-pending matters in various courts, including this Court, the United States Court of Appeals for the Fourth Circuit, the Supreme Court of Virginia, and the Circuit Court for the City of Richmond without the need for significant court involvement," it is hereby

ORDERED that by June 30, 2026, the parties file with the Court either a joint status report as to the status of the parties' settlement discussions or a stipulation of dismissal; and it is further

ORDERED that the parties notify the U.S. Court of Appeals for the Fourth Circuit of the status of this civil action.

The Clerk is directed to forward a copy of this Order to counsel of record and remove this action from the active civil docket of the Court.

Entered this 22 day of May, 2026.

Alexandria, Virginia

/s/

Leonie M. Brinkema
United States District Judge