**UNITED STATES COURT OF APPEALS**
**FOR THE FOURTH CIRCUIT**
LEWIS F. POWELL, JR. UNITED STATES COURTHOUSE ANNEX
**1100 EAST MAIN STREET, SUITE 501**
**RICHMOND, VIRGINIA  23219-3517**
WWW.CA4.USCOURTS.GOV

NWAMAKA ANOWI                                                                                          TELEPHONE
    CLERK                                                                                           (804) 916-2700

May 27, 2026

Re:   **AJP Educational Foundation, Inc., etc. v. Jay Jones, etc.**
      **1:25-cv-01617-LMB-IDD**

Counsel:

This court previously withheld docketing of a notice of appeal filed in this case on October 31, 2025 pending the district court's ruling on one or more motions.  On May 22, 2026, the district court entered an order related to settlement discussions between the parties.

If you wish to voluntarily dismiss the appeal, a motion for voluntary dismissal under Fed. R. App. P. 42(a) may be filed in the  **district court** since your appeal has not been docketed in the court of appeals. Any motion to dismiss the appeal should be filed in the **district court** by June 30, 2026.  Should the parties wish to pursue the appeal, this court should be notified of such by that same date.

Yours truly,

*/s/ Ashley Brownlee*

cc:   Fernando Galindo, Clerk