

# COMMONWEALTH *of* VIRGINIA
### *Office of the Attorney General*

**Jay Jones**
**Attorney General**

**202 North 9th Street**
**Richmond, Virginia 23219**
**804-786-2071**
**FAX 804-786-1991**
**Virginia Relay Services**
**800-828-1120**

May 27, 2026

<u>VIA HAND DELIVERY</u>
Nwamaka Anowi, Clerk
Attn: Ashley Brownlee
United States Court of Appeals for the Fourth Circuit
Lewis F. Powell, Jr. United States Courthouse Annex
1100 East Main Street, Suite 501
Richmond, Virginia 23219-3517

> RE:    <u>AJP Educational Foundation, Inc. v. Jay Jones</u>
> Case No. 1:25-cv-01617-LMB-IDD (E.D. Va.)
> Status Update

Dear Ms. Brownlee:

I represent Defendant Jay Jones, in his official capacity as Attorney General of Virginia, in the above-styled matter.

The clerk's office for United States Court of Appeals for the Fourth Circuit has informed the United States District Court for the Eastern District of Virginia and the parties that the appeal filed by this Office had been received but that the appeal would not be docketed until further action by the District Court. The Court of Appeals requested status updates as necessary.

In the attached order dated May 22, 2026 (ECF No. 57), the presiding District Court judge ordered the parties to notify the Court of Appeals of the status of this action.

The status of this matter is as follows:

- Pursuant to an order of the District Court, the parties had been working together to resolve or narrow the underlying Civil Investigative Demand (CID) that led to the current action;

- On May 22, 2026, the parties informed the District Court that AJP Educational Foundation d/b/a American Muslims for Palestine "has produced supplemental documents and written responses that are responsive to the outstanding CID requests, subject to its previously asserted objections. Based on those supplemental CID responses and the previous efforts of the parties to narrow the scope of the requests, the parties are pleased to report that the CID has been resolved to the satisfaction of the Attorney General[;]"

- The parties also informed the District Court that they plan to hold further discussions in June 2026 with the goal of resolving presently-pending matters in various courts, including the District Court, this Court, the Supreme Court of Virginia, and the Circuit Court for the City of Richmond, without the need for significant further court involvement;

- On May 22, 2026, the District Court ordered the parties to file with that Court by June 30, 2026, either a joint status report as to the status of the parties' settlement discussions or a stipulation of dismissal; and

- The District Court has removed this action from the active civil docket of that Court.

Thank you for your attention to this letter.

Sincerely,

*Chris Bernhardt*

Christopher P. Bernhardt
Senior Assistant Attorney General

Enclosure (May 22, 2026 Order, ECF No. 57)
CC:
District Judge Leonie M. Brinkema (by CM/ECF system)
James Thomas Bacon (by CM/ECF system)
Christina Jump (by CM/ECF system)
Samira Elhosary (by CM/ECF system)
Christina Boyd (by CM/ECF system)
Mark Kubiak (by CM/ECF system)