IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Alexandria Division

| | |
|---|---|
| AJP Educational Foundation d/b/a American Muslims for Palestine,<br><br>Plaintiff,<br><br>v.<br><br>Jay Jones, in his official capacity as Attorney General of Virginia,<br><br>Defendant. | Case No. 1:25-cv-01617-LMB-IDD |

---

**JOINT STATUS REPORT**

Pursuant to this Court's Order of June 26, 2026 (ECF No. 61), counsel for the parties provide this Joint Status Report regarding the status of the parties' settlement discussions.

Since June 26, 2026, the parties, through their counsel, corresponded multiple times regarding resolving the related presently-pending matters in various courts, including this Court, the United States Court of Appeals for the Fourth Circuit, the Supreme Court of Virginia, and the Circuit Court for the City of Richmond. The parties have agreed on a general framework to resolve all of these matters and have exchanged draft versions of the necessary submissions. While the parties anticipated that they would have completed the process of reviewing and finalizing the necessary various submissions by July 31, 2026, lead counsel for Plaintiff informed counsel for the Defendant on July 7, 2026 that she had to attend to a serious health emergency of a close family member who ultimately passed away over the weekend of July 18, 2026. To accommodate Plaintiff's counsel's personal emergency, the parties request an extension until August 28, 2026, to either file a stipulation of dismissal or file a joint status report as to the result of the parties' settlement discussions.

The parties will notify the U.S. Court of Appeals for the Fourth Circuit of the status of this civil action and provide them a copy of this Joint Status Report.

Respectfully submitted this 22nd day of July, 2026.

AJP EDUCATIONAL FOUNDATION, INC. d/b/a AMERICAN MUSLIMS FOR PALESTINE

/s/ James T. Bacon
James T. Bacon, Esq. (VSB No. 22146)
MAHDAVI, BACON, HALFHILL, & YOUNG, PLLC
11350 Random Hills Road, Suite 700
Fairfax, Virginia 22030
703-352-1300
703-352-1301 (Fax)
jbacon@mbhylaw.com

/s/ Christina A. Jump
Christina A. Jump (pro hac vice)
Jump Start Legal Justice Center
100 N. Central Expy., Suite 537
Richardson, Texas 75080
Tel: (972) 992-5060
cjump@jump-start-legal.com

Samira S. Elhosary (pro hac vice)
Christina A. Boyd (pro hac vice)
Constitutional Law Center for Muslims in America*
100 N. Central Expy., Suite 1010
Richardson, Texas 75080
Tel: (972) 914-2507
Fax (972) 692-7454
Selhosary@clcma.org
Ali.boyd@mlfa.org

*Constitutional Law Center for Muslims in America is the legal division of the Muslim Legal Fund of America

*Counsel for Plaintiff*

JAY JONES, IN HIS OFFICIAL CAPACITY AS ATTORNEY GENERAL OF VIRGINIA

/s/ Christopher P. Bernhardt
Christopher P. Bernhardt* (VSB No. 80133)
Mark S. Kubiak* (VSB No. 73119)
Senior Assistant Attorneys General
Office of the Virginia Attorney General
202 North 9th Street
Richmond, Virginia 23219
Telephone: (804) 371-0977 (CPB)
Facsimile: (804) 371-2087
Email: cbernhardt@oag.state.va.us
mkubiak@oag.state.va.us

*Counsel for Defendant*

**CERTIFICATE**

I hereby certify that on July 22, 2026, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send a copy to all counsel of record.

/s/ Christopher P. Bernhardt
Christopher P. Bernhardt (VSB No. 80133)
Senior Assistant Attorney General
*Counsel for Defendant*