IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Alexandria Division

| | | |
|---|---|---|
| AJP Educational Foundation d/b/a American Muslims for Palestine,<br><br>Plaintiff,<br><br>v.<br><br>Jay Jones, in his official capacity as Attorney General of Virginia,<br><br>Defendant. | ) | Case No. 1:25-cv-01617-LMB-IDD |

**STIPULATION OF VOLUNTARY DISMISSAL PURSUANT TO FED. R. CIV. P. 41(a)(1)(A)(ii)**

IT IS HEREBY STIPULATED AND AGREED by and between the parties and their respective counsels that the above-captioned action is voluntarily dismissed, with prejudice, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii).

It is hereby further stipulated and agreed that the $8,000 bond posted by Plaintiff on October 3, 2025 (ECF No. 21) be distributed evenly to the parties (i.e., $4,000 to Plaintiff and $4,000 to Defendant) as part of their negotiated resolution of the litigation pertaining to the underlying Civil Investigative Demand. Payment of the $4,000 to Defendant should be made payable to "Treasurer of Virginia" and sent to Mark S. Kubiak, Office of the Virginia Attorney General, 202 North 9th Street, Richmond, Virginia 23219. Payment of the $4,000 to Plaintiff should be made payable to Christina Jump, and sent to Christina Jump, Jump Start Legal Justice Center, 100 N. Central Expy. Ste. 537, Richardson, TX 75080.

.

Respectfully submitted this 28th day of August, 2026.

AJP EDUCATIONAL FOUNDATION, INC.
d/b/a AMERICAN MUSLIMS FOR
PALESTINE

/s/ Christina A. Jump
Christina A. Jump (pro hac vice)
Jump Start Legal Justice Center
100 N. Central Expy., Suite 537
Richardson, Texas 75080
Tel: (972) 992-5060
cjump@jump-start-legal.com

Samira S. Elhosary (pro hac vice)
Christina A. Boyd (pro hac vice)
Constitutional Law Center for Muslims in
America*
100 N. Central Expy., Suite 1010
Richardson, Texas 75080
Tel: (972) 914-2507
Fax (972) 692-7454
Selhosary@clcma.org
Ali.boyd@mlfa.org

*Constitutional Law Center for Muslims in
America is the legal division of the Muslim
Legal Fund of America

/s/ James T. Bacon
James T. Bacon, Esq. (VSB# 22146)
MAHDAVI, BACON, HALFHILL, &
YOUNG, PLLC
11350 Random Hills Road, Suite 700
Fairfax, Virginia 22030
703-352-1300
703-352-1301 (Fax)
jbacon@mbhylaw.com

*Counsel for Plaintiff*

JAY JONES, IN HIS OFFICIAL CAPACITY
AS ATTORNEY GENERAL OF VIRGINIA

/s/ Mark S. Kubiak
Christopher P. Bernhardt* (VSB No. 80133)
Mark S. Kubiak* (VSB No. 73119)
Senior Assistant Attorneys General
Office of the Virginia Attorney General
202 North 9th Street
Richmond, Virginia 23219
Telephone: (804) 371-0977 (CPB)
Facsimile: (804) 371-2087
Email: cbernhardt@oag.state.va.us
mkubiak@oag.state.va.us

*Counsel for Defendant*

**CERTIFICATE**

I hereby certify that on August 28, 2026, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send a copy to all counsel of record.

/s/ Mark S. Kubiak__________________
Mark S. Kubiak (VSB No. 73119)
Senior Assistant Attorney General
*Counsel for Defendant*