IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Alexandria Division

| | | |
|---|---|---|
| AJP Educational Foundation, Inc. d/b/a American Muslims for Palestine,<br><br>Plaintiff,<br><br>v.<br><br>Jay Jones, in his official capacity as Attorney General of Virginia,<br><br>Defendant. | ) | Case No. 1:25-cv-01617-LMB-IDD |

## STIPULATION OF VOLUNTARY DISMISSAL OF APPEAL PURSUANT TO FED R. APP. P. 42(a)

IT IS HEREBY STIPULATED AND AGREED by and between the parties and their respective counsels that the appeal noticed by Defendant in the above-captioned matter on October 31, 2025 (ECF No. 37) is voluntarily dismissed, with prejudice, pursuant to Federal Rule of Appellate Procedure 42(a). Dismissal is appropriate in this Court because the United States Court of Appeals for the Fourth Circuit withheld docketing of the Defendant's Notice of Appeal "pending [this Court's] ruling on one or more motions." May 27, 2026 letter from the Clerk of the Fourth Circuit Court of Appeals (ECF No. 58).

Respectfully submitted this 28th day of August, 2026.

So Ordered

/s/ LMB

Leonie M. Brinkema
United States District Judge

8/28/26

AJP EDUCATIONAL FOUNDATION, INC.D/B/A AMERICAN MUSLIMS FOR PALESTINE

/s/ Christina A. Jump
Christina A. Jump
Jump Start Legal Justice Center
100 N. Central Expy., Suite 537
Richardson, Texas 75080
Tel: (972) 992-5060
cjump@jump-start-legal.com

/s/ James T. Bacon
James T. Bacon, Esq. (VSB# 22146)
MAHDAVI, BACON, HALFHILL, & YOUNG, PLLC
11350 Random Hills Road, Suite 700
Fairfax, Virginia 22030
703-352-1300
703-352-1301 (Fax)
jbacon@mbhylaw.com

*Counsel for Plaintiff*

JAY JONES, IN HIS OFFICIAL CAPACITY AS ATTORNEY GENERAL OF VIRGINIA

/s/ Mark S. Kubiak
Christopher P. Bernhardt* (VSB No. 80133)
Mark S. Kubiak* (VSB No. 73119)
Senior Assistant Attorneys General
Office of the Virginia Attorney General
202 North 9th Street
Richmond, Virginia 23219
Telephone: (804) 371-0977 (CPB)
Facsimile: (804) 371-2087
Email: cbernhardt@oag.state.va.us
mkubiak@oag.state.va.us

*Counsel for Defendant*

**CERTIFICATE**

I hereby certify that on August 28, 2026, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send a copy to all counsel of record.

/s/ Mark S. Kubiak
Mark S. Kubiak (VSB No. 73119)
Senior Assistant Attorney General
*Counsel for Defendant*