# COMMONWEALTH *of* VIRGINIA

*Office of the Attorney General*

RECEIVED
2026 AUG 28 P 2:22
U.S. COURT OF APPEALS
FOURTH CIRCUIT

**Jay Jones**
**Attorney General**

**202 North 9th Street**
**Richmond, Virginia 23219**
**804-786-2071**
**FAX 804-786-1991**
**Virginia Relay Services**
**800-828-1120**

August 28, 2026

VIA HAND DELIVERY
Nwamaka Anowi, Clerk
Attn: Ashley Brownlee
United States Court of Appeals for the Fourth Circuit
Lewis F. Powell, Jr. United States Courthouse Annex
1100 East Main Street, Suite 501
Richmond, Virginia 23219-3517

RE: AJP Educational Foundation, Inc. v. Jay Jones
Case No. 1:25-cv-01617-LMB-IDD (E.D. Va.)
Stipulation of Voluntary Dismissal of Appeal

Dear Ms. Brownlee:

I represent Defendant Jay Jones, in his official capacity as Attorney General of Virginia, in the above-styled matter.

The clerk's office for the United States Court of Appeals for the Fourth Circuit informed the United States District Court for the Eastern District of Virginia and the parties that the appeal filed by this Office had been received but that the appeal would not be docketed until further action by the District Court. On May 27, 2026, you wrote to counsel to state that any motion to voluntarily dismiss the appeal should be filed in the District Court.

Today the parties filed the enclosed Stipulation of Voluntary Dismissal of Appeal Pursuant to Federal Rule of Civil Procedure 42(a) in the District Court.

Thank you for your attention to this letter.

Sincerely,

Christopher P. Bernhardt
Senior Assistant Attorney General

Enclosure (Stipulation of Voluntary Dismissal of Appeal, ECF No. 67)
CC:
District Judge Leonie M. Brinkema (by CM/ECF system)
James Thomas Bacon (by CM/ECF system)
Christina Jump (by CM/ECF system)
Samira Elhosary (by CM/ECF system)
Christina Boyd (by CM/ECF system)
Mark Kubiak (by CM/ECF system)

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Alexandria Division

| | |
|---|---|
| AJP Educational Foundation, Inc. d/b/a American Muslims for Palestine,<br><br>Plaintiff,<br><br>v.<br><br>Jay Jones, in his official capacity as Attorney General of Virginia,<br><br>Defendant. | Case No. 1:25-cv-01617-LMB-IDD |

**STIPULATION OF VOLUNTARY DISMISSAL**
**OF APPEAL PURSUANT TO FED R. APP. P. 42(a)**

IT IS HEREBY STIPULATED AND AGREED by and between the parties and their respective counsels that the appeal noticed by Defendant in the above-captioned matter on October 31, 2025 (ECF No. 37) is voluntarily dismissed, with prejudice, pursuant to Federal Rule of Appellate Procedure 42(a). Dismissal is appropriate in this Court because the United States Court of Appeals for the Fourth Circuit withheld docketing of the Defendant's Notice of Appeal "pending [this Court's] ruling on one or more motions." May 27, 2026 letter from the Clerk of the Fourth Circuit Court of Appeals (ECF No. 58).

Respectfully submitted this 28th day of August, 2026.

AJP EDUCATIONAL FOUNDATION, INC.D/B/A AMERICAN MUSLIMS FOR PALESTINE

/s/ Christina A. Jump
Christina A. Jump
Jump Start Legal Justice Center
100 N. Central Expy., Suite 537
Richardson, Texas 75080
Tel: (972) 992-5060
cjump@jump-start-legal.com

/s/ James T. Bacon
James T. Bacon, Esq. (VSB# 22146)
MAHDAVI, BACON, HALFHILL, & YOUNG, PLLC
11350 Random Hills Road, Suite 700
Fairfax, Virginia 22030
703-352-1300
703-352-1301 (Fax)
jbacon@mbhylaw.com

*Counsel for Plaintiff*

JAY JONES, IN HIS OFFICIAL CAPACITY AS ATTORNEY GENERAL OF VIRGINIA

/s/ Mark S. Kubiak
Christopher P. Bernhardt* (VSB No. 80133)
Mark S. Kubiak* (VSB No. 73119)
Senior Assistant Attorneys General
Office of the Virginia Attorney General
202 North 9th Street
Richmond, Virginia 23219
Telephone: (804) 371-0977 (CPB)
Facsimile: (804) 371-2087
Email: cbernhardt@oag.state.va.us
mkubiak@oag.state.va.us

*Counsel for Defendant*

**CERTIFICATE**

I hereby certify that on August 28, 2026, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send a copy to all counsel of record.

/s/ Mark S. Kubiak
Mark S. Kubiak (VSB No. 73119)
Senior Assistant Attorney General
*Counsel for Defendant*