IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF VIRGINIA
Alexandria Division

| | | |
|---|---|---|
| AJP EDUCATIONAL FOUNDATION INC. d/b/a AMERICAN MUSLIMS FOR PALESTINE,<br><br>Plaintiff,<br><br>v.<br><br>JAY JONES, in his official capacity as Attorney General of Virginia,<br><br>Defendant. | ) | 1:25-cv-1617 (LMB/IDD) |

ORDER

On August 28, 2026, the Court granted the parties' Stipulation of Voluntary Dismissal Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), in which the parties agreed to voluntary dismiss this civil action, and to distribute the $8,000 bond posted by plaintiff evenly to the parties. [Dkt. No. 68]. In order for the bond to be properly dispersed pursuant to the parties' agreement, it is hereby

ORDERED that plaintiff contact the Finance Section of the Clerk's Office to obtain guidance in dispersing the bond, which may include proper language required in the Court's order, as well as tax documentation.

The Clerk is directed to forward a copy of this Order to counsel of record.

Entered this 1st day of September, 2026.

Alexandria, Virginia

/s/ LMB
Leonie M. Brinkema
United States District Judge