IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Alexandria Division

| | | |
|---|---|---|
| AJP Educational Foundation d/b/a American Muslims for Palestine,<br><br>Plaintiff,<br><br>v.<br><br>Jay Jones, in his official capacity as Attorney General of Virginia,<br><br>Defendant. | ) | Case No. 1:25-cv-01617-LMB-IDD |

**JOINT MOTION TO DISTRIBUTE BOND**

Pursuant to this Court's Order of August 28, 2026 (ECF No. 68), and consistent with the parties' Stipulation of Voluntary Dismissal Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii) (ECF No. 66), the parties jointly move the Court to enter an order distributing the $8,000 bond posted by Plaintiff on October 3, 2025 as follows. (ECF No. 21).

The parties request that the bond be distributed evenly to the parties with 50% of the bond ($4,000) distributed to Plaintiff and 50% of the bond ($4,000) distributed to Defendant. Payment of the $4,000 to Plaintiff should be made payable to Christina Jump, and sent to Christina Jump, Jump Start Legal Justice Center, 100 N. Central Expy. Ste. 537, Richardson, TX 75080. Payment of the $4,000 to Defendant should be made payable to "Treasurer of Virginia" and sent to Mark S. Kubiak, Office of the Virginia Attorney General, 202 North 9th Street, Richmond, Virginia 23219.

The parties submit a proposed Order with this motion, which complies with the conversations counsel for Plaintiff had with this Court's Finance office and reflects its stated preferences.

Respectfully submitted this 22nd day of September, 2026.

AJP EDUCATIONAL FOUNDATION, INC. d/b/a AMERICAN MUSLIMS FOR PALESTINE

/s/ Christina A. Jump
Christina A. Jump
Jump Start Legal Justice Center
100 N. Central Expy., Suite 537
Richardson, Texas 75080
Tel: (972) 992-5060
cjump@jump-start-legal.com

Samira S. Elhosary (pro hac vice)
Christina A. Boyd (pro hac vice)
Constitutional Law Center for Muslims in America*
100 N. Central Expy., Suite 1010
Richardson, Texas 75080
Tel: (972) 914-2507
Fax (972) 692-7454
Selhosary@clcma.org
Ali.boyd@mlfa.org

*Constitutional Law Center for Muslims in America is the legal division of the Muslim Legal Fund of America

/s/ James T. Bacon
James T. Bacon, Esq. (VSB# 22146)
MAHDAVI, BACON, HALFHILL, & YOUNG, PLLC
11350 Random Hills Road, Suite 700
Fairfax, Virginia 22030
703-352-1300
703-352-1301 (Fax)
jbacon@mbhylaw.com

*Counsel for Plaintiff*

JAY JONES, IN HIS OFFICIAL CAPACITY AS ATTORNEY GENERAL OF VIRGINIA

/s/ Christopher P. Bernhardt
Christopher P. Bernhardt* (VSB No. 80133)
Mark S. Kubiak* (VSB No. 73119)
Senior Assistant Attorneys General
Office of the Virginia Attorney General
202 North 9th Street
Richmond, Virginia 23219
Telephone: (804) 371-0977 (CPB)
Facsimile: (804) 371-2087
Email: cbernhardt@oag.state.va.us
mkubiak@oag.state.va.us

*Counsel for Defendant*

**CERTIFICATE**

I hereby certify that on September 22, 2026, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send a copy to all counsel of record.

/s/ Christopher P. Bernhardt_____
Christopher P. Bernhardt (VSB No. 80113)
Senior Assistant Attorney General
*Counsel for Defendant*